| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DeGiusti, Timothy D. | U.S. District Court, Okla.(W) | 05/04/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br><br> 5b. ☐   Amended Report | 01/01/2014 to 12/31/2014 |

| 7. Chambers or Office Address |
|---|
| U. S. Courthouse <br> 200 N. W. 4th Street <br> Oklahoma City, OK 73102 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-trustee | Trust #1A and Trust #1B (#1A and #B refer to separate accounts within the same Trust) |
| 2. | Co-trustee | Trust #2 |
| 3. | Member | Board of Directors, Federal Bar Association, Oklahoma City, Chapter |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2000 | Andrews Davis Legg Bixler Milsten & Price termination agreement |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeGiusti, Timothy D. | 05/04/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Andrews Davis Legg Bixler Milsten & Price termination payments | $428.82 |
| 2. 2014 | University of Oklahoma College of Law - Teaching Compensation | $5,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Oklahoma - College of Law | 07/03/2014 - 07/17/2014 | Oxford, England | Teaching | Travel, lodging, expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeGiusti, Timothy D. | 05/04/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeGiusti, Timothy D. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America accounts | A | Interest | J | T | | | | | |
| 2. U.S.-Employees O.C. Federal Credit Union | A | Interest | J | T | | | | | |
| 3. Oklahoma College Savings Plan (Level of Risk - Conservative) | | None | K | T | | | | | |
| 4. Oklahoma College Savings Plan (Level of Risk - Conservative) | | None | K | T | | | | | |
| 5. | | | | | | | | | |
| 6. Edward Jones - IRA #1 | | | | | | | | | |
| 7. Whole Foods Mkt WFM | | None | K | T | Buy | 10/17/14 | K | | |
| 8. - APA Common Stock | A | Dividend | | | Sold | 10/14/14 | K | D | |
| 9. Amcap Fd C1A - American Fund | A | Dividend | J | T | | | | | |
| 10. Lord Abbett US Gov't Sec Money Market | A | Dividend | | | Sold | 03/14/14 | J | A | |
| 11. American Balanced Fd - American Fund | A | Dividend | J | T | | | J | | |
| 12. Lord Abbett Intl Opptys Fd A. | A | Dividend | J | T | Buy | 03/14/14 | J | | |
| 13. | | | | | | | | | |
| 14. Edward Jones - IRA #2 | | | | | | | | | |
| 15. -New Perspective Fund A- American Funds - American Fund | A | Dividend | J | T | | | | | |
| 16. Amcap Fd C1A - American Fund | A | Dividend | L | T | | | | | |
| 17. Lord Abbett US Gov't Sec Money Market A | A | Dividend | | | Sold | 03/14/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | DeGiusti, Timothy D. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Balanced C1A - American Fund | A | Dividend | J | T | | | J | | |
| 19. Washington Mutual C1F - American Fund | A | Dividend | K | T | | | J | | |
| 20. American Balanced C1F - American Fund | A | Dividend | J | T | | | J | | |
| 21. Lord Abbet Int'l Opptys Fd. A. | A | Dividend | J | T | Buy | 03/14/14 | K | | |
| 22. | | | | | | | | | |
| 23. Trust #1A | | | | | | | | | |
| 24. KMI-Kinder Morgan Inc. | | None | K | T | Merged (with line 26) | 12/02/14 | K | | |
| 25. - Edward Jones Money Market Investment Shares | A | Dividend | L | T | | | | | |
| 26. -KMP - Kinder Morgan Energy Partners | B | Dividend | | | Redeemed | 12/02/14 | K | D | |
| 27. -OKS - ONEOK Partners LP | B | Dividend | | | Sold | 10/15/14 | K | D | |
| 28. -ETP - Energy Transfer Partners LP | B | Dividend | K | T | | | | | |
| 29. -VOD - Vodafone Group PLC | D | Dividend | | | Sold | 10/15/14 | J | | |
| 30. T - AT&T | A | Dividend | K | T | | | K | | |
| 31. VZ - Verizon Comm | A | Dividend | J | T | Spinoff (from line 29) | 02/20/14 | J | | |
| 32. | | | | | | | | | |
| 33. Trust #1B | | | | | | | | | |
| 34. - Edward Jones Money Market Investment Shares | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeGiusti, Timothy D. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Trust #2 | | | | | | | | | |
| 37. - Edward Jones Money Market Investment Shares | A | Dividend | K | T | | | | | |
| 38. - CVX Common Stock | A | Dividend | J | T | | | | | |
| 39. - KO Common Stock | A | Dividend | J | T | | | | | |
| 40. - COP Common Stock | A | Dividend | | | Sold | 10/13/14 | J | C | |
| 41. - XOM Common Stock | A | Dividend | K | T | | | | | |
| 42. - GE Common Stock | A | Dividend | J | T | | | | | |
| 43. - PFE Common Stock | A | Dividend | J | T | | | | | |
| 44. - PG Common Stock | A | Dividend | J | T | | | | | |
| 45. - IBM Common Stock | A | Dividend | | | Sold | 12/12/14 | K | D | |
| 46. -PEP Common Stock | A | Dividend | J | T | | | | | |
| 47. - WMT Common Stock | A | Dividend | K | T | | | | | |
| 48. - Cash Management Trust of America n/k/a Amer Fnds Mn Mrt | | None | J | T | | | | | |
| 49. -American Mutual lFund American Funds | A | Dividend | K | T | | | | | |
| 50. -Fundamental Investors Fund American Funds | B | Dividend | L | T | | | | | |
| 51. -New Perspective Fund American Funds | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeGiusti, Timothy D. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Washington Mutual Inv. Fund American Funds | B | Dividend | L | T | | | | | |
| 53. -ABT | A | Dividend | J | T | | | | | |
| 54. -GPC | A | Dividend | J | T | | | | | |
| 55. -RDS A | A | Dividend | | | Sold | 10/15/14 | J | | |
| 56. -SE | A | Dividend | | | Sold | 10/15/14 | J | B | |
| 57. ABBV | A | Dividend | J | T | | | J | | |
| 58. ZOE | A | Dividend | J | T | | | J | | |
| 59. PSX | A | Dividend | | | Sold | 10/14/14 | J | A | |
| 60. CLR - Continental Resources | | None | K | T | Buy | 12/16/14 | K | | |
| 61. APA - Apache Corp | | None | J | T | Buy | 12/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeGiusti, Timothy D. | 05/04/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts.

Asset previously listed on Line 2 described as "Chase Bank" is an account that has been closed for several years, and was inadvertently listed on prior reports.

"KMP - Kinder Morgan Energy Partners" (line 26) as a corporate reorganization become "KMI-Kinder Morgan Inc" (line 24) both of these assets were sold as one transaction as it is listed on line 26, Column D.

| Name of Person Reporting | Date of Report |
|---|---|
| DeGiusti, Timothy D. | 05/04/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Timothy D. DeGiusti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544